**Order entered October 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00453-CV

### IN RE CITY OF DALLAS, Relator

### and

### THE CITY OF DALLAS, Appellant

### V.

### DALLAS COMPANION ANIMAL PROJECT, Appellee

**Original Proceeding and Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17478**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ ROBERT M. FILLMORE
   JUSTICE